[No. 12970-8-I.   Division One.   February 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN SCHWEITZER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-8-04242-2, Jerome M. Johnson, J., entered February 17, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Scholfield, J. Now published at 37 Wn. App. 68.

[No. 11747-5-I.   Division One.   February 14, 1984.]

*In the Matter of the Marriage of* SHIRLEY L. MORAN, *Respondent, and* STEPHEN A. MORAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-110235, Stephen M. Gaddis, J. Pro Tem., entered April 30, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 6358-1-II.   Division Two.   February 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CORBITT W. GARDNER, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C-2426, Herbert E. Wieland, J., entered May 21, 1982. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5301-6-III.   Division Three.   February 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE LEE BRAXTON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 18960, Michael E. Donohue, J., entered July 22, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.